UNITED STATES DISTRICT COURT
OF APPEALS FOR THE DISTRICT
OF COLUMBIA CIRCUIT

U.S. COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
DEC 0 8 2005
RECEIVED

Dec. 5, 2005

William A. Darden,          )
                            )
        Petitioner,         )
                            )
    v.                      )        Civil Action No. 05 2100
                            )
Warden Ronnie Holt,         )
                            )
        Respondent,         )
                            )

[ NOTICE OF APPEAL AND RECONSIDERATION ]

    Comes now petitioner with **Notice of Appeal and Reconsideration** of final Judgement of **United States District Court For The District Circuit Dated Oct. 10, 2005 Title 28 § 2254 Habeas Corpus.**

    **Ground for Appeal and Reconderation are as follows :**

    1. Petitioner is challenging his Sept. 19, 2002 sentence F3043-01, not his conviction : See Petitioner's Habeas Corpus and Middle District of Pennsylvania Transfer Order.

    2. Petitioner is challenging the calculation of his sentence by the **F.B.O.P.** for time already served on Sept. 19, 2002 sentence F3043-01: See Petitioner's 28 § 2254 Habeas Corpus and Administrative Remedies, also Sentencing Transcripts and Judgement and Commitment Order.

    3. Petitioner was sentenced to 2yrs concurrent to his parole violation term, petitoner was paroled Sept. 4, 2004 : **See Sentencing Transcripts, Motion For Withdrawl of Motion For New Trial,**

    Petitioner prays that this most Gracious and Honorable Court grants the relief that the petitioner is entitle to on the **merits** cited herein.

Respectfully Submitted
William A. Darden Bey
FED. REG. No.
09500-007
F.C.I. Schuylkill
P.O. BOX 759
Minersville, PA.
17954-0759

CERTIFIC OF SERVICE

Petitoner certify that a true copy of thus said document has been mail to the United States Attorney Office 555 4th St. N.W. Washington, D.C. 20530 by via mail upon Kenneth L. Wainstein U.S. Attorney this day of Dec. 5, 2005

------------------
Execution Date

Respectfully Submitted
William A. Darden
Fed. Reg. No. 09500-007
F.C.I. Schuylkill
P.O. BOX 759
Minersville, PA
17945-0759