FILED

JAN 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM A. DARDEN,     )<br>                              )<br>       Petitioner,    )<br>                              )<br>       v.                   )     Civil Action No. 05-2100<br>                              )<br>WARDEN RONNIE HOLT,  )<br>                              )<br>       Respondent.   )<br>_____) | |

### ORDER

Upon consideration of petitioner's "Notice of Appeal and Reconsideration," it is hereby

ORDERED that the motion for reconsideration is DENIED. The Clerk of Court shall docket the Notice of Appeal.

SO ORDERED.

DATE: 1-11-06

_____
United States District Judge