# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5023**                                                 **September Term, 2006**

05cv02100

**Filed On:**

William A. Darden,
    Appellant

v.

Ronnie Holt, Warden,
    Appellee

FILED
JUL 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAY - 3 2007
CLERK

## ORDER

By order filed February 26, 2007, directing appellant to file his brief and appendix, by April 16, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. To date, appellant has not complied with the court's February 26, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *(signed)*
Elizabeth V. Scott
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk